**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                                  Case No. 6:13-cr-188-Orl-37KRS-4

REGINAL LURON GROSS.

**ORDER**

This cause is before the Court on the Report and Recommendation of the Grievance Committee re: L. Mickelé Daniels (Doc. 286), filed November 9, 2016.

Attorney L. Mickelé Daniels ("**Mr. Daniels**") was previously granted leave to appear *pro hac vice* in this action as counsel for Defendant Reginal Luron Gross ("**Gross**"). (*See* Doc. 213.) However, on May 2, 2016, the Texas Board of Disciplinary Appeals suspended Mr. Daniels's license to practice law in the state of Texas. In contravention of the suspension order and Local Rule 2.04(c), Mr. Daniels continued to hold himself out as an attorney and failed to notify this Court, his client, and the Government of his suspension. Mr. Daniels also repeatedly made false representations in applications to the Court for relief.

Upon discovery of these actions, the Undersigned found Mr. Daniels to be in violation of the Court's Local Rules and the Florida Rules of Professional Conduct. (Doc. 264.) Consequently, the Court removed and replaced Mr. Daniels as Gross's counsel of record, suspended his privilege to practice *pro hac vice* in this Court, and referred the matter to the District's grievance committee ("**Grievance Committee**"). (*Id.*)

On November 9, 2016, the Grievance Committee issued a Report and Recommendation unanimously concluding that Mr. Daniels's conduct: (1) "fell below the

standards of professionalism expected of attorneys practicing before the [U.S. District Court for the Middle District of Florida]"; and (2) "violate[d] the Rules of the Middle District." (Doc. 286 ("**R&R**").) The Grievance Committee also found that Mr. Daniels's actions "reveal[ed] a deliberate intent to deceive the Court and others concerning [his] authorization to practice law in the state of Texas and, therefore, the Middle District of Florida." (*Id.* at 3.) Ultimately, the Grievance Committee recommended that: (1) Mr. Daniels be permanently barred from practicing in the Middle District of Florida; and (2) the R&R be reported to the Florida Bar and the State Bar of Texas for their consideration and further action as appropriate. (*Id.* at 4.) In light of the findings made by both the Undersigned and the Grievance Committee, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Grievance Committee re: L. Mickelé Daniels (Doc. 286) is **ADOPTED**.
2. Attorney L. Mickelé Daniels is **PERMANENTLY BARRED** from practicing in the U.S. District Court of the Middle District of Florida.
3. The Clerk is **DIRECTED** to send a copy of this Order and the Grievance Committee's Report and Recommendation (Doc. 286) to the Florida Bar and the State Bar of Texas for their consideration and further action as appropriate.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 15, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

The Florida Bar

The State Bar of Texas